## (December 30, 1958)

■ BLANCHE BARLITZ et al., Respondents, v. RIVERSIDE PLAZA HOTEL, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of WESTCHESTER COUNTY BAR ASSOCIATION, Petitioner. NICHOLAS CHIARCHIARO, Respondent.— The petition was duly served upon the respondent. The petition alleges serious charges, corroborated by proof, of professional misconduct. On the return day, respondent did not appear in person or by attorney. Attempts by this court to communicate with respondent have proved unavailing. Under the circumstances here presented and in view of the nature of the charges the respondent is disbarred and his name is ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against DAVID GINSBERG, an Attorney, Respondent. — Motion to confirm report of the Official Referee granted except as to the degree of punishment recommended. The respondent is disbarred and his name is ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ETHEL KRAUS, Respondent, v. IDA BOUGES, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ CAROL SMITH, Appellant, v. PETER KELLY et al., Respondents.— Motion to dispense with printing granted to the extent that the appeal from the resettled order will be heard on the original papers, a typewritten copy of the minutes of the hearing on the motion for a new trial, and on the typewritten briefs of appellant and respondents. The parties are directed to file five typewritten copies of their respective briefs and to serve one copy thereof on the adverse party. The typewritten briefs shall be double spaced and each page shall contain not more than three folios. Since the relief granted by the resettled order appealed from was not based on the trial minutes, the making and settlement of a case is not required, and neither the trial minutes nor any other matter which was not considered by the trial court in granting the said relief need be included in the record on appeal (see McDonagh v. Milem, 6 A D 2d 827; Falk v. Zilz, 1 A D 2d 966). Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.